Hon. Justin L. Quackenbush

1

2  Keith M. Kubik, WSBA #24218
   LAW OFFICES OF KEITH M. KUBIK
3  701 Fifth Avenue, Suite 1101
   Seattle, Washington 98104
4  Tel: (206)587-2647/Fax: (206)587-2648

5  Attorneys for Defendant INTERNATIONAL
   CASES AND MFG., DBA SILTON COMPANY

6

7              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF WASHINGTON
8                      AT SPOKANE

9
   EVELYN CRAVEN et al.,                 )
10                                        )   NO. CV-04-0243-JLQ
               Plaintiffs,                )
11                                        )
         v.                               )   DEFENDANT INTERNATIONAL
12                                        )   CASES & MANUFACTURING, INC.,
   NATIONAL ASSOCIATION OF STATE          )   DBA SILTON COMPANY'S
13 FORESTERS, et al.,                     )   STATEMENT OF RESPONSIBLE
                                          )   PARTIES
14             Defendants.                )
                                          )
15 KATHIE FITZPATRICK et al.,             )
                                          )   No. CV-04-3123-JLQ
16             Plaintiffs,                )
                                          )
17       v.                               )   DEFENDANT INTERNATIONAL
                                          )   CASES & MANUFACTURING, Inc.,
18 ANCHOR INDUSTRIES, INC. et al.,        )   dba SILTON COMPANY'S
                                          )   STATEMENT OF RESPONSIBLE
19             Defendants.                )   PARTIES
                                          )
20 KENNETH L. WEAVER et al.,              )
                                          )   No. CV-04-3075-JLQ
21             Plaintiffs,                )
                                          )
22       v.                               )   DEFENDANT INTERNATIONAL
                                          )   CASES & MANUFACTURING, Inc.,
23 NATIONAL ASSOCIATION OF STATE          )   dba SILTON COMPANY'S
   FORESTERS, et al.,                     )   STATEMENT OF RESPONSIBLE
24                                        )   PARTIES
               Defendants.                )
25 _____       )

26

LAW OFFICES OF KEITH M. KUBIK

1101 Bank of America Tower · 701 Fifth Avenue
Seattle · WA · 98104
Tel. 206.587.2647 · Fax 206.587.2648

1    Defendant International Cases & Manufacturing, Inc., dba Silton Company

2    (Silton) respectfully submits its Statement of Responsible Parties in accordance

3    with the Court's Scheduling Conference Order, of May 18, 2005.

4    Based upon the pleadings and records on file, including Silton's Answers to

5    

6    the Complaints filed against it in the above-captioned matters, incorporated herein

7    by references, Silton identifies the following additional responsible parties:

8        (1)    The United States government and its employees, including but not

9    

10    limited to authorized agents and employees of the United States Department of

11    Agriculture Forest Service ("USFS").

12    Factual Basis:  The United States government, the USFS, and its agents and

13    employees are responsible parties based upon the information contained in the

14    

15    Thirty Mile Fire Investigation Report, witness statements, and the OSHA Report.

16    Silton incorporates its pleadings and papers filed in this matter with regard to the

17    identities of any individual responsible employees of the federal government.

18        (2)    The as yet unidentified person or persons who originally started the

19    

20    fire that burned out of control and became known as the Thirty Mile Fire.  This list

21    will be supplemented if and when the identity of these person(s) becomes

22    available.

23    Factual Basis:  The person or persons who started the Thirty Mile Fire are the

24    reason that the services of the USDA Forest Service and the deceased firefighters

25    

26    became necessary.  The person(s) who set the fire are ultimately the primary cause

INTERNATIONAL CASES & MANUFACTURING, Inc., dba
SILTON COMPANY'S STATEMENT OF RESPONSIBLE
PARTIES- 2

of the deaths of firefighters Devin Weaver, Jessica Johnson, Karen Fitzpatrick, and

Thomas Craven.  This is based upon the information contained in the Thirty Mile

Fire Investigation Report, witness statements, and the OSHA Report.

(3)    Karen Fitzpatrick

Factual Basis:  Karen Fitzpatrick is an at-fault party based upon her misuse

of the fire shelter, including her failure to follow directions to come down to the

road to deploy, failure to follow the instructions for deployment and picking of an

appropriate deployment site contained in the training and training materials, and

failure to make timely preparations to deploy once the firefighters were entrapped.

The Thirty Mile Fire Investigation Report, the Witness Statements which were a

part of the USDA Forest Service Thirty Mile Fire investigation, the OSHA Report,

and autopsy report contain pertinent information.

(4)    Jessica Johnson

Factual Basis:  Jessica Johnson is an at-fault party based upon her misuse of

the fire shelter, including her failure to follow directions to come down to the road

to deploy, failure to follow the instructions for deployment and picking an

appropriate deployment site contained in the training and training materials, and

failure to make timely preparations to deploy once the firefighters were entrapped.

The Thirty Mile Fire Investigation Report, the Witness Statements which were a

part of the USDA Forest Service Thirty Mile Fire investigation, the OSHA Report,

and autopsy report contain pertinent information.

INTERNATIONAL CASES & MANUFACTURING, Inc., dba
SILTON COMPANY'S STATEMENT OF RESPONSIBLE
PARTIES- 3

LAW OFFICES OF KEITH M. KUBIK

1101 Bank of America Tower · 701 Fifth Avenue
Seattle · WA · 98104
Tel. 206.587.2647 · Fax 206.587.2648

1

(5)    Tom Craven

2

Factual Basis:  Tom Craven is an at-fault party based upon his misuse of the

3

fire shelter, including his failure to follow directions to come down to the road to

4

deploy, failure to remove his pack with fusees, failure to follow the instructions for

5

deployment and picking an appropriate deployment site contained in the training

6

and training materials, and failure to make timely preparation to deploy once the

7

firefighters were entrapped. The Thirty Mile Fire Investigation Report, the Witness

8

Statements which were a part of the USDA Forest Service Thirty Mile Fire

9

investigation and the OSHA Report, and autopsy report contain pertinent

10

information.

11

(6)    Devin Weaver

12

Factual Basis:  Devin Weaver is an at-fault party based upon his misuse of the

13

fire shelter, including his failure to follow directions to come down to the road to

14

deploy, failure to follow the instructions for deployment and picking an

15

appropriate deployment site contained in the training and training materials, and

16

failure to make timely preparations to deploy once the firefighters were entrapped.

17

The Thirty Mile Fire Investigation Report, the Witness Statements which were a

18

part of the USDA Forest Service Thirty Mile Fire investigation, the OSHA Report,

19

and autopsy report contain pertinent information.

20

(7)    Other component suppliers or testing facilities including but not

21

limited to Cleveland Laminating and Underwriter's Laboratories.

INTERNATIONAL CASES & MANUFACTURING, Inc., dba
SILTON COMPANY'S STATEMENT OF RESPONSIBLE
PARTIES- 4

LAW OFFICES OF KEITH M. KUBIK

1101 Bank of America Tower • 701 Fifth Avenue
Seattle • WA • 98104
Tel. 206.587.2647 • Fax 206.587.2648

1    Factual Basis:  Cleveland Laminating provided laminated cloth to Silton to

2    assemble GSA fire shelters.  Testing facilities, including Underwriter's

3    Laboratories, provided testing results on the laminated cloth used by Silton to

4
5    make fire shelters.  Silton relied upon the content of the testing reports and the

6    certifications of  Cleveland Laminating and the testing entities.  If the *Craven* or

7    *Fitzpatrick* plaintiffs contend or seek to prove that a Silton shelter was used by

8    Jessica Johnson, Karen Fitzpatrick and/or Tom Craven and that laminated cloth

9
10   was a cause of the deaths of these plaintiffs, the laminated cloth suppliers,

11   including Cleveland Laminating and the testing facilities, including Underwriter's

12   Laboratories, and any others, may be responsible parties.  *See also* pleadings,

13   certifications and testing results and reports, and other documents produced

14
15   through T-scan.

16        Silton reserves the right to supplement its Statement of Responsible Parties

17   based upon additional discovery and investigation and any addition by Plaintiffs of

18   any addition responsible parties to whom fault may be apportioned or assigned.

19   Silton joins the Statement of Responsible Parties of other defendants.

20        DATED this 4th day of August, 2005.

21                              LAW OFFICES OF KEITH M. KUBIK

22

23                       By   KEITH M. KUBIK, WSBA #24218
                              Attorney for Defendant International Cases
24                            & Manufacturing, Inc., d/b/a Silton Company

25

26

INTERNATIONAL CASES & MANUFACTURING, Inc., dba
SILTON COMPANY'S STATEMENT OF RESPONSIBLE
PARTIES- 5

1

## CERTIFICATE OF SERVICE

2

3

4

I certify under the laws of the United States of America that on the 4th day of August, 2005 I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF System and served counsel below by the method indicated:

5

6

7

8

| Attorneys for Plaintiff Craven<br>Anthony A Russo<br>Russo & Graham<br>1510 Plaza 600 Building<br>600 Stewart Street<br>Seattle, Washington  98101-1217 | X | CM/ECF<br>Facsimile<br>U.S. Mail<br>Messenger |
|---|---|---|

9

10

11

| Scott Stafne<br>17207 155th Avenue Northeast<br>Arlington, Washington  98223 | X | CM/ECF<br>Facsimile<br>U.S. Mail<br>Messenger |
|---|---|---|

12

13

14

15

| A J Barkis<br>A J Barkis Law Office<br>120-1/2 E 1st<br>Suite 4<br>Cle Elum, WA 98922 | X (U.S. Mail) | CM/ECF<br>Facsimile<br>U.S. Mail<br>Messenger |
|---|---|---|

16

17

18

19

| Attorneys for Plaintiff Weaver<br>Eileen Marie Weill Stauss<br>Eileen Stauss Law Offices<br>33600 6th Avenue South<br>Suite 101<br>Federal Way, Washington 98003-6743 | X | CM/ECF<br>Facsimile<br>U.S. Mail<br>Messenger |
|---|---|---|

20

21

22

23

24

25

26

INTERNATIONAL CASES & MANUFACTURING, Inc., dba
SILTON COMPANY'S STATEMENT OF RESPONSIBLE
PARTIES- 6

LAW OFFICES OF KEITH M. KUBIK

1101 Bank of America Tower · 701 Fifth Avenue
Seattle · WA · 98104
Tel. 206.587.2647 · Fax 206.587.2648

| | | |
|---|---|---|
| Attorneys for Plaintiff Fitzpatrick<br>John R. Connelly, Jr.<br>James W Beck<br>Lincoln Beauregard<br>Gordon Thomas Honeywell<br>1201 Pacific Avenue<br>Suite 2200<br>Tacoma, Washington 98401 | __X__<br>_____<br>_____<br>_____ | CM/ECF<br>Facsimile<br>U.S. Mail<br>Messenger |
| Mariano Morales, Jr<br>Law Offices of Mariano Morales Jr<br>3907 Summitview Avenue<br>Suite A<br>Yakima, Washington 98902-2716 | __X__<br>_____<br>_____<br>_____ | CM/ECF<br>Facsimile<br>U.S. Mail<br>Messenger |
| Attorneys for Defendant Anchor Industries Inc.<br>John J. Hutson<br>Ann McCormick<br>William J. O'Brien<br>O'Brien Hutson & Boe<br>999 Third Avenue<br>Suite 3300<br>Seattle, Washington  98104 | __X__<br>_____<br>_____<br>_____ | CM/ECF<br>Facsimile<br>U.S. Mail<br>Messenger |
| Attorneys for Defendant National Association of State Foresters<br>James R. Johnston<br>Heather Burgess<br>J. Christian Moller<br>Perkins Coie<br>1201 Third Avenue<br>Suite 4800<br>Seattle, Washington  98101 | __X__<br>_____<br>_____<br>_____ | CM/ECF<br>Facsimile<br>U.S. Mail<br>Messenger |

INTERNATIONAL CASES & MANUFACTURING, Inc., dba
SILTON COMPANY'S STATEMENT OF RESPONSIBLE
PARTIES- 7

LAW OFFICES OF KEITH M. KUBIK

1101 Bank of America Tower · 701 Fifth Avenue
Seattle · WA · 98104
Tel. 206.587.2647 · Fax 206.587.2648

| | | |
|---|---|---|
| Attorneys for Defendant Rexam/Intelicoat Technologies<br>Mark Scott Cole<br>Ryan J. Hall<br>Cole Lether Wathen & Leid PC<br>1000 Second Avenue<br>Suite 1300<br>Seattle, Washington  98104-1082 | __X__<br>_____<br>_____<br>_____ | CM/ECF<br>Facsimile<br>U.S. Mail<br>Messenger |
| Attorneys for Defendant E.D. Bullard Company<br>James Bernard King<br>Keefe King & Bowman<br>601 W Main Avenue<br>Suite 1102<br>Spokane, Washington  99201 | __X__<br>_____<br>_____<br>_____ | CM/ECF<br>Facsimile<br>U.S. Mail<br>Messenger |
| Attorneys for Defendant Silton Manufacturing, Inc.<br>Jamie Drozd Allen<br>Phillip C. Raymond<br>Ogden Murphy Wallace, PLLC<br>1601 Fifth Avenue<br>Suite 2100<br>Seattle, Washington  98101-1686 | __X__<br>_____<br>_____<br>_____ | CM/ECF<br>Facsimile<br>U.S. Mail<br>Messenger |
| Attorneys for Defendant Underwriters Laboratories<br>Richard Woodhull Relyea<br>Timothy M. Higgins<br>Michael Trevor Howard<br>Winston & Cashatt<br>601 W Riverside Avenue<br>Suite 1900<br>Spokane, Washington  99201-0695 | __X__<br>_____<br>_____<br>_____ | CM/ECF<br>Facsimile<br>U.S. Mail<br>Messenger |
| Attorneys for Defendant Cleveland Laminating Corp.<br>Curtis Lee Shoemaker<br>Paine Hamblen Coffin Brooke & Miller<br>717 West Sprague Avenue<br>Suite 1200<br>Spokane, Washington  99201-3503 | __X__<br>_____<br>_____<br>_____ | CM/ECF<br>Facsimile<br>U.S. Mail<br>Messenger |

INTERNATIONAL CASES & MANUFACTURING, Inc., dba
SILTON COMPANY'S STATEMENT OF RESPONSIBLE
PARTIES- 8

1

2
DATED this 4th day of August 2005.

3

4
s/Keith M. Kubik, WSBA#24218
KEITH M. KUBIK

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

INTERNATIONAL CASES & MANUFACTURING, Inc., dba
SILTON COMPANY'S STATEMENT OF RESPONSIBLE
PARTIES- 9

LAW OFFICES OF KEITH M. KUBIK

1101 Bank of America Tower · 701 Fifth Avenue
Seattle · WA · 98104
Tel. 206.587.2647 · Fax 206.587.2648