UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE FIRE CASES <br><br> KATHIE FITZPATRICK, et al <br><br> Plaintiffs, <br><br> vs. <br><br> NAT'L. ASSN. OF STATE FORESTERS, et al, <br><br> Defendants. | Nos. 04-CV-3075-JLQ <br> 04-CV-3123-JLQ <br> 04-CV-0243-JLQ <br><br> ORDER TO SHOW CAUSE TO LINCOLN C. BEAUREGARD |

The Clerk of this court has advised that despite repeated notices by phone, e-mail, and United States mail, attorney Lincoln C. Beauregard, representing Kathie Fitzpatrick, has failed to complete the admission procedures in this court. Because of the lack of admission, Mr. Beauregard cannot be registered for required electronic filing.

By reason of the foregoing, IT IS HEREBY ORDERED that Lincoln C. Beauregard shall show cause in writing to this court on or before November 1, 2005, why he should not be stricken as an attorney representing Kathie Fitzpatrick in this matter.

The Clerk of this court shall enter this Order and forward copies to counsel, including Lincoln C. Beauregard.

**DATED** this 20th day of October 2005.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1